United States District Court
Southern District of Texas
**ENTERED**
September 30, 2021
Nathan Ochsner, Clerk

PIN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| IME OKON EKWERE | ) | |
| | ) | |
| VS. | ) | CIVIL ACTION NUMBER |
| | ) | |
| LORIE DAVIS, Director, Texas Department of Criminal Justice, Correctional Institutions Division | ) ) ) ) | M-19-092 |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court has reviewed the Magistrate Judge's Report and Recommendation regarding Petitioner's Motion to Reopen, which is properly construed as a motion for relief from judgment under Rule 60(b) of the Federal Rules of Civil Procedure. After having reviewed the said Report and Recommendation, the Court is of the opinion that the conclusions in said Report and Recommendation should be adopted by this Court.

It is, therefore, ORDERED, ADJUDGED, and DECREED that the conclusions in United States Magistrate Judge J. Scott Hacker's Report and Recommendation entered as Docket Entry Number 25 are hereby adopted by this Court. Accordingly, Petitioner's motion is hereby DENIED, relief from judgment is not warranted, and this case is not to be reopened.

The Clerk shall send a copy of this Order to the parties.

DONE on this 29th day of September, 2021, at McAllen, Texas.

_____
Ricardo H. Hinojosa
U.S. DISTRICT JUDGE